Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

L/N

# UNITED STATES DISTRICT COURT
for the

Central District of California

Southern Division



FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY DTA  DEPUTY

JOHN EVANS AREK

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

AMERICAN AIRLINES

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:22cv1439-FWS-ADSx
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOHN EVANS AREK |
| Street Address | 838 N. EUCLID AVENUE |
| City and County | FULLERTON |
| State and Zip Code | 92832 |
| Telephone Number | 6196547988 |
| E-mail Address | KIDICPOA@YAHOO.COM |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AMERICAN AIRLINES |
| Job or Title *(if known)* | DALLAS FORTH WORTH |
| Street Address | AMON CARTER BLVD |
| City and County | FORT WORTH |
| State and Zip Code | TEXAS 76155 |
| Telephone Number | 1 817 963 1234 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14 C.F.R. Section 19.13 (a) Aviation Act. Elassaad V. Independence Air, Inc , Article 17 of the Montreal Convention

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* , John Evans Arek , is a citizen of the State of *(name)*
    
    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* ,
    
    and has its principal place of business in the State of *(name)*

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* American Airlines. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Domiciled in USA, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Fort Worth, Texas.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

It is because of the pain and suffering, inconveniencing and disorganization of my plans. There refusal to cooperate and allow mediatiom as stipulated in the Federal Aviation laws . They just play games. I reported this to them and they don't want to own responsibility. Under the doctrine of vicarios liabilty, they hold liability on behalf of their pilot. and their action was incontravention of the of Section 19.13(a) of the Federal Aviation Act.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I got injured at my back and experienced a serious backpain on August 4th 2021, in the American Airline enroute from Dulles International Airport, Virginia to Los Angeles International Airport, California with a stop over at Douglas Charlotte Airport, North Carolina.
The Pilot landed the plain so hard and then applied a quick brake.This plane was tightly small and I was seating at the back seat. this caused injury to my back and brought about the heavy excruciating pain that made me not to continue with the journey to Los Angeles and look for medical treatment in Charlotte. Because of the pain, I had to stay in Charlotte for several days for the pain to subside. During this period, I had to spend money on expenses such as food and transport. American Airlines refused to refund me even my ticket which was a result of their negligence and refusal to pay for my expenses including my laptop which got damaged on their plane, I claim Damages of 1 Million US Dollars.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

During the trip of August 4th, 2021 I got injured in the American Airline enroute from Dulles International Airport, Virginia to Los Angeles, California. The plane was scheduled to do connection in Douglas Charllote Airport in North Carolina. The plane was too small and i was sitting at the back seat. At the time of landing the Aircraft descended very first and hit the ground so hard and caused injury to my back, instead of taking time to run on the runway, the pilot applead emergency brake and this triggered heavy and excruating pain at my back. The pane was scheduled to travek the next day to Los Angeles and I could not travel because of the serious pain I was enduring as aresult I decided to go to the nearby Hospital for treatment. i was treated and I had to stay for three more days for the pain to subside and let me continue with my journey.
The American Airline refused to refund me or book me on another plane, instead I use my money to book the hotel, pay for taxi and car hire and incur other expenses. My Laptop was broken when the Air hostess put it under the cabin, I spent three more days for the pain to subsidize other than that I spent money on food and taxi..My Laptop also was broken when the cabin crew member insisted that it cannot fit in the luggage deck inside the plain and took and gave luggage handler to put under the plain. it was broken by the time I took it. Given suffering and pain I incurred I came claim damages of 1 million US Dollars.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: The 2nd Day of August, 2022

Signature of Plaintiff

Printed Name of Plaintiff       JOHN EVANS AREK

### B. For Attorneys

Date of signing: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |