# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EVANS AREK<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES<br><br>Defendants. | Case No. 8:22-cv-1439-FWS-ADS<br>Assigned to: Hon. Fred W. Slaughter<br><br>**[PROPOSED] JUDGMENT**<br><br>DATE: October 12, 2023<br>TIME: 10:00 a.m.<br>DEPT.:10D<br><br>Complaint Filed: 08/03/2022 |

The motion of Defendant, AMERICAN AIRLINES, INC. ("American") for summary judgment in its favor and against Plaintiff, JOHN EVANS AREK ("Arek") came on regularly for hearing before this Court on October 12, 2023, the Honorable Fred W. Slaughter presiding, the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that AMERICAN's Motion for Summary Judgment is granted, therefore AMERICAN is dismissed on the merits, AREK take nothing from AMERICAN, and that AMERICAN recover its costs.

DATED: _____        _____
                                                                      FRED W. SLAUGHTER
                                                                      JUDGE OF THE UNITED STATES
                                                                      DISTRICT COURT

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Suite 860, Santa Ana, California 92705.

On October 30, 2023, I served the foregoing document described as: **[PROPOSED] JUDGMENT** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.  Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐ BY THE E.C.F. SYSTEM as follows: evansarek@gmail.com and

☒ BY ELECTRONIC SERVICE to the e-mail addresses listed on the attached service list; and

☒ BY MAIL as follows:
☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
☐ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY **(VIA FED EX PRIORITY)**: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐____ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒____ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 30, 2023, at Santa Ana, California.

_____
GINA M. FISHER

**PROOF OF SERVICE**

<u>SERVICE LIST</u>
*John Evans Arek v. American Airlines*
USDC Case No. 8:22-cv-1439-FWS-ADSx

John Evans Arek
731 South Melrose Avenue
Placentia, CA 92870
Telephone: (619) 654-7988
**<u>Temporary Mailing Address</u>**
**<u>Per Pl. Email Request on 6/14/23:</u>**
517 West Struck Avenue
Orange, CA 92867
E-Mail: evansarek@gmail.com
**PLAINTIFF IN PRO PER**