1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| | Case No.: 8:22-cv-01439-FWS-ADS |
| JOHN EVANS AREK,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES,<br><br>        Defendant. | **JUDGMENT RE: ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [69]** |

After full consideration of the papers, evidence, and authorities submitted by the parties, as well as the briefs and any other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an order **GRANTING** summary judgment for Defendant American Airlines ("Defendant") on Plaintiff's Complaint. (Dkt. 69.)  Accordingly, the court found that Defendant is entitled to judgment as a matter of law on Plaintiff's negligence cause of action asserted against it in this action.  (*Id.*)  The court has considered Defendant's Proposed Judgment (Dkt. 70) and Plaintiff's Objection to Defendant's Proposed Judgment (Dkt. 71).  In accordance with the court's Memorandum of Decision dated October 27, 2023 (Dkt. 69):

1.    Final Judgment is entered in favor of Defendant American Airlines and against Plaintiff John Evans Arek on the claim asserted by Plaintiff against Defendant.

2.    Any motion or application for costs made by Defendant must be filed in compliance with L. R. 54-2, *et seq.*

**IT IS SO ORDERED**.

Dated:  November 21, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE